# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILDEARTH GUARDIANS, | |
| Plaintiff, | Case No. 2:12-cv-00716-MMD-PAL |
| vs. | **ORDER** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, | (Mtn for Gov't Atty to Appear - Dkt. #11) |
| Defendant. | |

This matter is before the court on Defendant's Motion to Permit Appearance of Government Attorney. The court has considered the Motion.

Defendant requests the court permit attorney Brian M. Collins to practice before the court in this case. The Motion represents Mr. Collins is an attorney with the Department of Justice, Environmental and Natural Resources Division, and is a member in good standing of the State Bar of Texas. LR IA 10-3 provides, in relevant part,

> [A]ny nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney. . . , be permitted to practice before this Court during the period of such employment.

*Id.*

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Permit Appearance (Dkt. #11) is GRANTED.

Dated this 25th day of July, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE