UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL, AND PLANT HEALTH INSPECTION SERVICE,<br><br>                Defendant. | Case No. 2:12-cv-00716-MMD-PAL<br><br>ORDER<br><br>(Plaintiff's Unopposed Motion to Amend – dkt. no. 32;<br>Defendant's Unopposed Motion to Extend Time re Discovery – dkt. no. 33) |

Before the Court is Plaintiff's Unopposed Motion to Amend the Complaint (dkt. no. 32) and Defendant's Unopposed Motion to Extend Time re Discovery (dkt. no. 33). In its unopposed Motion, Plaintiff asks the Court for leave to amend its complaint to dismiss the fifth claim for relief without prejudice under Fed. R. Civ. P. 15(a)(2). Plaintiff no longer wishes to pursue its Wilderness Act claim. The Court GRANTS Plaintiff's unopposed Motion.

No claims remain in this case. As such, the Clerk of the Court is HEREBY ORDERED to close the case.

DATED THIS 29th of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE