UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL, AND PLANT HEALTH INSPECTION SERVICE,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cv-00716-MMD-PAL<br><br>ORDER |

Before the Court is Plaintiff WildEarth Guardian's Unopposed Motion for Entry of Judgment as a Separate Document. (Dkt. no. 35.) Good cause appearing, Plaintiff's Motion is granted. The Clerk is directed to enter judgment to reflect that Plaintiff's first through fourth claims for relief were dismissed without prejudice for lack of subject matter jurisdiction pursuant to the Court's Order entered on March 14, 2013 (dkt. no. 31).

DATED THIS 13th day of September 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE