UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILDEARTH GUARDIANS, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service, <br><br> Defendant. | Case No.  2:12-cv-00716-MMD-PAL <br><br> ORDER |

Pursuant to the Ninth Circuit Court of Appeals' Order (dkt. no. 43), the order of dismissal of Plaintiff's first through fourth claims entered on March 14, 2013 (dkt. no. 31) and judgment dismissing the first through fourth claims entered on September 16, 2013, (dkt. no. 40) are hereby vacated.  The parties are directed to file a joint status report to notify the Court of outstanding issues that should be addressed.  The joint status report must be filed within ten (10) days of entry of this order.

DATED THIS 5th day of October 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE