DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
ALISON D. GARNER, DC Bar No. 983858
JUSTIN A. TORRES
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855 (Garner); (202) 305-0874 (Torres)
alison.garner@usdoj.gov
justin.torres@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE,<br><br>                Defendant. | Case No. 2:12-cv-00716-MMD-PAL |

## MOTION TO WITHDRAW

Pursuant to LR IA 10-6, please take notice that Justin A. Torres, Trial Attorney, hereby seeks leave to withdraw as counsel for Defendants in the above-captioned case. Mr. Torres will be leaving the Department of Justice this month. Federal Defendants are adequately represented by Alison Garner of the U.S. Department of Justice and will not be prejudiced by this withdrawal; nor will any deadlines in this case be affected. A proposed order is attached.

Respectfully submitted on this 15th day of December, 2015.

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Justin A. Torres*
ALISON D. GARNER
JUSTIN A. TORRES
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2855 (Garner)
Phone: (202) 305-0874 (Torres)
Fax: (202) 305-0506
alison.garner@usdoj.gov
justin.torres@usdoj.gov

*Attorneys for Federal Defendants*

# PROOF OF SERVICE

I, Alison D. Garner, certify the following individuals were served with a copy of the **MOTION TO WITHDRAW APPEARANCE** on the date and via the method of service identified below:

<u>**Electronic Case Filing**</u>:

Julie Cavanaugh-Bill
julie@cblawoffices.org, fermina@cblawoffices.org, juliana.cblaw@gmail.com

Ashley Wilmes
awilmes@wildearthguardians.org, jtutchton@wildearthguardians.org

Dated this 15th day of December, 2015.

                                                                    */s/ Justin A. Torres*
                                                                    Justin A. Torres
                                                                    *Attorney for Federal Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00716-MMD-PAL |
| v. | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, | ) |
| Defendant. | ) |

**ORDER ON MOTION TO WITHDRAW**

After reviewing the Motion to Withdraw filed by Justin A. Torres, the Motion is hereby GRANTED.

SO ORDERED this 16th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1