DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
ALISON D. GARNER, DC Bar No. 983858
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855
alison.garner@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00716-MMD-PAL |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, ANIMAL AND PLANT | ) | |
| HEALTH INSPECTION SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

1

**JOINT STATUS REPORT**

Pursuant to the Court's Order, ECF No. 60, the parties file this joint status report notifying the Court of the status of ongoing settlement discussions.  Since the date of the parties' last joint status report, ECF No. 59, the parties' settlement discussions have been fruitful and they continue to believe that there may be a possible basis for settlement of the case.  A further stay of litigation will allow the parties time to continue their discussions.  Therefore, the parties propose filing a joint status report on July 8, 2016, notifying the Court of the status of settlement discussions and the need for submission of a proposed litigation schedule.

Respectfully submitted on this 9th day of May, 2016.

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Alison D. Garner*
ALISON D. GARNER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2855
Fax:  (202) 305-0506
alison.garner@usdoj.gov

*Attorneys for Federal Defendants*

*/s/  Ashley Wilmes (with permission)*
Ashley D. Wilmes
1328 Prather Road
Lexington, KY 40502

Tel. 859-312-4162
awilmes@gmail.com

*Attorney for WildEarth Guardians*

*Attorney for WildEarth Guardians*

**PROOF OF SERVICE**

I, Alison D. Garner, certify the following individuals were served with a copy of the **NOTICE OF APPEARNCE** on the date and via the method of service identified below:

**Electronic Case Filing**:

Julie Cavanaugh-Bill
julie@cblawoffices.org, fermina@cblawoffices.org, juliana.cblaw@gmail.com

Ashley Wilmes
awilmes@wildearthguardians.org, jtutchton@wildearthguardians.org

Dated this 9th day of May, 2016.

*/s/ Alison D. Garner*
ALISON D. GARNER
*Attorney for Federal Defendants*